USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/12/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                              Plaintiff,

              -v-

CARLA MEZIC, *et al.*,

                              Defendants.

**ORDER**

24-CV-5599 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court will hold a case management conference on **Wednesday, December 18** at **10:00 a.m.** via telephone.  Parties should dial in to 646-453-4442 and use the Meeting ID 701445576#.

**SO ORDERED.**

Dated: December 12, 2024
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1