```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/03/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                Plaintiff,

-against-

CARLA MEZIC, et al.,

                Defendants.

24-CV-05599 (MMG)

**ORDER ADOPTING REPORT & RECOMMENDATION**

MARGARET M. GARNETT, United States District Judge:

      On December 9, 2024, this case was referred to Magistrate Judge Henry J. Ricardo for general pretrial and for a report and recommendation on the motions filed at Dkt. Nos. 17, 21, 25, and 26. *See* Dkt. No. 28. After holding a case management conference with the parties, Magistrate Judge Ricardo issued a Report and Recommendation (the "R&R") on December 18, 2024 with respect to those motions. *See* Dkt. No. 32. The R&R notified the parties that, pursuant to 28 U.S.C. §636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, any objections to the R&R must be filed within 14 days.

      Despite notification of the right to object to the R&R, no objections were filed. Where no timely objections are made, the Court may adopt the R&R as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014). **As there are no objections and as the Court finds no clear error in the record, the Court hereby adopts the R&R in its entirety.**

      Accordingly, for the reasons stated in the R&R, the motions pending at Dkt. Nos. 17 and 21 are DENIED AS MOOT, and the motions pending at Dkt. Nos. 25 and 26 are GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 17, 21, 25, and 26.

Dated: January 3, 2025
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge