USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                Plaintiff,

     -v-

AMB INDUSTRIES, *et al.*,

                Defendants.

**ORDER**

24-CV-5599 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the matters discussed in the March 5 conference, the Court establishes the following deadlines:

- All discovery is stayed **90 days** to consider the motions to dismiss;
- Defendant Labor Union 32BJ SEIU is granted leave to file a supplemental letter articulating its position on aspects of the collective bargaining agreement relevant to the filed motions by **March 14, 2025**;
- Initial requests for documents must be made by **June 27, 2025**;
- Depositions shall be completed by **September 19, 2025**;
- Fact discovery must be complete by **October 10, 2025**;
- Expert discovery must be completed by **December 12, 2025**;

**SO ORDERED.**

Dated: March 7, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1