```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                Plaintiff,

-against-

ABM INDUSTRIES, et al.,

                Defendants.

24-CV-05599 (MMG)

**ORDER ADOPTING REPORT & RECOMMENDATION**

MARGARET M. GARNETT, United States District Judge:

      On December 9, 2024, this case was referred to Magistrate Judge Henry J. Ricardo for general pretrial and for a report and recommendation on dispositive motions. *See* Dkt. No. 28. On February 21, 2025, Defendants filed various motions to compel arbitration and/or dismiss the case. Dkt. Nos. 49, 55, and 56. A few weeks before her response to the motions was due, Plaintiff requested leave to file a Second Amended Complaint. Dkt. No. 85. After holding a conference with the parties, Magistrate Judge Ricardo issued a Report and Recommendation (the "R&R") on April 28, 2025 with respect to those motions. *See* Dkt. No. 96. The R&R granted Plaintiff's motion to amend and recommended that, in light of the filing of a Second Amended Complaint, the other three pending motions be denied as moot. The R&R notified the parties that, pursuant to 28 U.S.C. §636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, any objections to the R&R must be filed within 14 days.

      Despite notification of the right to object to the R&R, no objections were filed. Where no timely objections are made, the Court may adopt the R&R as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014). **As there are no objections and as the Court finds no clear error in the record, the Court hereby adopts the R&R in its entirety.**

      Accordingly, for the reasons stated in the R&R, the motions pending at Dkt. Nos. 49, 55, and 56 are DENIED AS MOOT. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 49, 55, and 56.

Dated: August 6, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge