```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                Plaintiff,

       -v-

AMB INDUSTRIES, *et al.*,

                Defendants.

**ORDER**

24-CV-5599 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 9, 2025, Defendants were informed that the Court would set a deadline for their responses to the Second Amended Complaint following Judge Garnett's ruling on the pending Report and Recommendation. ECF No. 100. On August 6, 2025, Judge Garnett adopted the undersigned's Report and Recommendation. ECF No. 101.

The Defendants are directed to respond to the Second Amended Complaint by **September 5, 2025**. If the two employer defendants, ABM Industries and RXR Realty, file a motion to dismiss in lieu of an answer, they must do so in a single, consolidated brief. If the labor union defendant files a motion to dismiss, it may do so separately from the employer defendants.

Should Defendants file a motion to dismiss, Plaintiff's opposition will be due by **October 3, 2025**. Defendants' replies will be due **October 14, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 7, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge