USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVGINAR KERIM,

                Plaintiff,

    -v-

AMB INDUSTRIES, *et al.*,

                Defendants.

**ORDER**

24-CV-5599 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 16, 2025 and September 17, 2025, the Parties filed letter motions requesting: (1) that Plaintiff receive an extension to file an opposition to Defendants' motion to dismiss; (2) that Defendants receive an extension to file their reply; and (3) that RXR Realty LLC and ABM Industry Groups, LLC receive an extension to respond to the supplemental submission by the Service Employees International Union Local 32BJ. ECF Nos. 117, 118. The requests for extensions at ECF Nos. 117 and 118 are **GRANTED**. The briefing schedule is as follows:

- Plaintiff to file her opposition to Defendants' motion to dismiss by **October 24, 2025;**

- Defendants to file their reply briefs by **November 14, 2025**. If Defendants RXR Realty LLC and ABM Industry Groups, LLC respond to the supplemental submission by the Service Employees International Union Local 32BJ, this must be done in their single reply brief.

1

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: September 17, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge